judgment; the judgment to bear interest at the rate of 6 per cent. per annum after its date. Sheldon v. Martin (Tex. Sup.) 8 S. W. 61; Galveston County Drainage District v. Foster (C. C. A.) 284 F. 932."

The cited case is apparently the only authority upon the question in Texas, although a similar holding may be implied from the decision in American Surety Co. v. Tarbutton (Tex. Civ. App.) 248 S. W. 435 (writ refused). In any event, in the Eastland county case the question is clearly resolved in favor of appellants' contention, and no good purpose can be served by any elaboration in this opinion.

Accordingly, the judgment of the trial court will be reformed so as to decree recovery in favor of appellee against appellants in the sum of $33,582.87, together with interest thereon at the rate of 1.77 per cent. per annum from December 13, 1932, until date of said judgment, the whole amount to bear interest thereafter at the rate of 6 per cent. per annum until paid; and, as so reformed, the judgment will be affirmed, at the cost of appellee.

Reformed and affirmed.

tricts. The depository failed, resulting in the loss of balances of deposits of public funds belonging to the districts, in the aggregate sum of $3,269.62. The county recovered of the sureties the amount of said balances, together with 6 per cent. interest thereon from the date of the default, and the sureties have appealed.

The appeal involves the one question decided in the companion case of John G. Champion et al. v. Cameron County et al., 75 S.W. (2d) 465, this day handed down by this court, and for the reasons stated in that opinion the judgment of the trial court herein will be reformed so as to decree recovery in favor of appellees against appellants in the sum of $3,269.62, together with interest thereon at the rate of 1.77 per cent. per annum from December 13, 1932, until the date of said judgment, the whole amount to bear interest thereafter at the rate of 6 per cent. per annum until paid.

Reformed and affirmed.

### John G. CHAMPION et al., Appellants, v. CAMERON COUNTY et al., Appellees.
### No. 9441.

Court of Civil Appeals of Texas. San Antonio.
Oct. 24, 1934.

Davenport & Ransome, of Brownsville, for appellants.

Charles C. Bowie, of San Benito, for appellees.

SMITH, Justice.

In this case Cameron county recovered judgment for the use and benefit of certain school districts against John G. Champion and others as sureties upon the bonds of the Texas Bank & Trust Company, in its capacity as official depository of said school dis-

### WOOD et al. v. EASTLAND BUILDING & LOAN ASS'N.
### No. 1309.

Court of Civil Appeals of Texas. Eastland.
Sept. 21, 1934.

Rehearing Denied Oct. 19, 1934.

